CERTAIN & ZILBERG, PLLC
909 THIRD AVENUE, 28TH FLOOR
NEW YORK, NEW YORK 10022
TEL. 212.687.7800
FAX 212.687.7801

Writer's Extension: x225
Writer's Email: gcertain@certainlaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/4/15

February 24, 2015

**VIA ECF**

Hon. William H. Pauley III
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007
Telephone: (212) 805-6387

*[Handwritten order:]* Application granted. Fact discovery will be complete by April 28, 2015. Expert disclosures due May 29, 2015. The parties shall submit a joint pretrial order by June 19, 2015. This Court will hold a final pretrial conference on June 26, 2015 at 10:30 A.M.

SO ORDERED:

_____  3/4/15
WILLIAM H. PAULEY III U.S.D.J.

RE:   Beulah Housing Development Fund Company, Inc. v. Blenman
      Case No.: 1:14-CV-05777 (WHP) (RLE)

Dear Honorable Judge Pauley:

    I am counsel to plaintiff Beulah HDFC, Inc. in the above referenced action and write on behalf of both parties to this action in order to jointly request an extension of the deadline to complete fact and expert discovery. The parties make this request given that scheduling issues and conflicts, including intervenient trials, have prevented the parties from completing discovery. In addition, pursuant to this Court's directive (ECF 8), the parties were engaged in mediation before Magistrate Judge Ronald L. Ellis from December 9, 2015 to December 22, 2015 in an attempt to settle the matter.

    This is the first request made for an extension of discovery deadlines. The parties respectfully request an <u>extension of fact discovery deadline until April 28, 2015,</u> the current deadline to complete discovery is February 27, 2015. In addition, the parties seek <u>a deadline of May 29, 2015 for the exchange of expert disclosures.</u>

    I thank you for your consideration of this request.

Respectfully submitted,

Gary Certain, [GC-7509]
Certain & Zilberg, PLLC

cc:   George D. Vallas, Esq. (by email and ECF)